PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON (HI 5890)
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4822
    E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB L. EDE,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>Defendant. | No. 1:22-cv-00052-EPG<br><br>ORDER RE: STIPULATION FOR EXTENSION TO FILE OPPOSITION TO PLAINTIFF'S OPENING BRIEF<br><br>(ECF No. 13). |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Opening Brief be extended from August 22 to September 21, 2022. This is Defendant's first request for an extension of time to respond to Plaintiff's brief. Defendant respectfully requests this additional time because undersigned counsel's workload, including four briefs due by August 24, requires an extension.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

- Defendant shall respond to Plaintiff's opening brief on or before September 21, 2022;

- Plaintiff's optional reply will be due within 20 days of the filing of Defendant's brief (on or before October 11, 2022).

Respectfully submitted,

DATE: August 19, 2022          *s/ John Metsker, Esq\**
(*as authorized via e-mail on 8/19/22)
JOHN METSKER
Attorney for Plaintiff

PHILLIP A. TALBERT
United States Attorney

DATE: August 19, 2022     By   *s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

**ORDER**

Based on the above stipulation (ECF No. 13), IT IS ORDERED that Defendant shall file Defendant's responsive brief by September 21, 2022. Further, Plaintiff's optional reply brief shall be due within twenty (20) days of the filing of Defendant's responsive brief. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:   **August 22, 2022**           /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE